AUSA: Philip Jacques Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Task Force Officer: Kylie Churches Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Devon Lockridge

Case No. Case: 2:26−mj−30590
Assigned To : Unassigned
Assign. Date : 9/22/2026
Description: CMP USA V. LOCKRIDGE (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 22, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of ammunition. |

This criminal complaint is based on these facts:
see attached affidavit.

☐ Continued on the attached sheet.

[signature]
*Complainant's signature*

Kylie Churches, Task Force Officer (A.T.F.)
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]
*Judge's signature*

Date September 22, 2026

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, U. S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Kylie Churches, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under Federal law.

2. I have been a Task Force Officer (TFO) with ATF since March 2022, and I have had extensive law enforcement training, including at the Detroit Police Department Training Center. In addition to being a TFO with the ATF, I have been employed as a police officer with the City of Detroit for approximately six years. I also have a bachelor's degree in criminal justice.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4. ATF is currently conducting a criminal investigation concerning Devon LOCKRIDGE (DOB: XX/XX/1986) for violations of 18 U.S.C. § 922 (g)(1) as a

felon in possession of ammunition. This affidavit does not include all the information known to law enforcement related to this investigation.

## II. PROBABLE CAUSE

1. The United States, including ATF, is conducting a criminal investigation of Devon LOCKRIDGE.

2. On August 21, 2026, an analysis of a cellphone data extraction related to the ATF federal firearms violation investigation of Ray Elliot. During the analysis there were message exchanges between Elliot and David Lockridge regarding the sale of firearms. David Lockridge was attempting to sell multiple firearms to Elliot.

3. I ran David Lockridge through the Law Enforcement Information Network (LEIN) and verified through Secretary of State that his registered address is 20526 Carol St., Detroit MI. David Lockridge is currently on parole through Michigan Department of Corrections and his listed parole address is 20526 Carol St.

4. On September 18, 2026, I applied for and obtained Federal Search Warrants (26-51121-4) for the residences 7819 Neckel, Dearborn MI and 20526 Carol St, Detroit, MI. The search warrant was reviewed and signed by United States Magistrate Judge Elizabeth Stafford of the United States District Court for the Eastern District of Michigan.

5. On September 22, 2026, at approximately 6:00 a.m., the search warrants were executed at 7819 Neckel St and 20526 Carol St, by ATF special agents, Michigan State Police and Task Force Officers (TFO). At the time of execution, the occupants of the residence were Brenda Lockridge, Dennis Lockridge, and Devon LOCKRIDGE.

6. Devon LOCKRIDGE is currently on US Federal Supervised Release. He currently resides at 20526 Carol St and stated that his bedroom is in the basement. Agents observed Devon LOCKRIDGE coming upstairs from the basement during the execution of the search warrant.

7. At the 20526 Carol St, Agents searched the residence and recovered assorted ammunition from the basement bedside table.

8. Following the execution of the search warrant, TFO Nathaniel Mcintire and TFO Joshua Scott conducted an interrogation with LOCKRIDGE. TFO Joshua Scott advised LOCKRIDGE of his Miranda rights and LOCKRIDGE chose to waive his rights and make voluntary statements. LOCKRIDGE stated that he resides in the basement of 20526 Carol St. LOCKRIDGE stated that he is currently on US Federal Supervised Release. LOCKRIDGE admitted that he knew the ammunition was in the basement. LOCKRIDGE's belongings, including his medicine were located in the basement.

9. On September 22, 2026, I reviewed Michigan Law Enforcement Information network (LEIN) records relating to Devon LOCKRIDGE. Devon

LOCKRIDGE has the following felony convictions, and is therefore federally prohibited from possessing ammunition:

- In 2007, LOCKRIDGE pleaded guilty of Felony Carjacking in the Oakland County Sixth Circuit Court and was sentenced to two yrs and three months to ten yrs of confinement.
- In 2020, LOCKRIDGE pleaded guilty of Possession with intent to distribute 50 grams or more of a substance containing methamphetamine its salts, isomers, and salts of its isomers in the United States District Court Southern District of West Virginia and was sentenced to 60 months confinement and supervised release for a term of four years.

10. On September 22, 2026, I consulted with Special Agent Kara Klupacs, an interstate nexus expert. Special Agent Klupacs examined the ammunition recovered from 20526 Carol St which included ammunition manufactured by Winchester, Federal Cartridge, CCI, and Staccato. Special Agent Klupacs concluded that the ammunition was manufactured outside the State of Michigan, and is ammunition as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(17)(A).

11. Based on LOCKRIDGE's prior felony convictions, there is probable cause to believe that LOCKRIDGE knew he had previously been convicted of a felony.

## CONCLUSION

12. There is probable cause to believe that on September 22, 2026, in the Eastern District of Michigan, LOCKRIDGE knowingly possessed ammunition after having been convicted of a felony offense, that he knew of his felony status at the time, and that the ammunition affected interstate or foreign commerce, all in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Task Force Officer Kylie Churches
Bureau of Alcohol, Tobacco, Firearms
and Explosives.

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable Kimberly G. Altman
United States Magistrate Judge

Dated: September 22, 2026